IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RONALD CLARK, *on behalf of himself and those similarly situated*,<br><br>Plaintiff,<br>v.<br><br><br><br>PRECISION PIZZA LLC; PIZZA BAKER, INC.; DOMINO'S PIZZA, INC.; DOMINO'S PIZZA, LLC; DOMINO'S PIZZA FRANCHISING, LLC; CHRISTOPHER BAKER and LISA M. BURKETT,<br><br>Defendants. | Case No. 2:18-cv-157<br><br>Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |

**DEFENDANTS PRECISION PIZZA LLC AND LISA M. BURKETT'S MOTION TO JOIN THE DOMINO'S DEFENDANTS' MOTION TO STAY BRIEFING ON PLAINTIFF'S CONDITIONAL CERTIFICATION MOTION OR, IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION**

Defendants Precision Pizza LLC and Lisa M. Burkett (the "Precision Pizza Defendants"), by and through their undersigned counsel, respectfully file this motion to join the Domino's Defendants' Motion to Stay Briefing on Plaintiff's Motion to Send Notice to Similarly Situated Employees ("Conditional Certification Motion"), or, in the Alternative, for an Extenstion of Time to Respond to Plaintiff's Conditional Certification Motion. (ECF No. 32.)

The Precision Pizza Defendants join the Domino's Defendants' Motion in all material respects and adopt in full the arguments set forth in the Domino Defendants' Motion. Those arguments generally apply equally to the Precision Pizza Defendants' pending motion to dismiss. (ECF No. 24.) In joining the Domino's Defendants' Motion, the Precision Pizza Defendants request relief identical to the Domino's Defendants: that the Court stay briefing on Plaintiff's

1

Conditional Certification Motion until the resolution of the pending motions to dismiss, or an extension of through and including May 25, 2018 to file their opposition to Plaintiff's Conditional Certification Motion.

As explained more fully in the Domino's Defendants' Motion (ECF No. 32 at ¶¶ 11–12), counsel for all defendants were copied on an e-mail to Plaintiff's counsel in which the Domino's Defendants attempted to confer with Plaintiff's counsel on behalf of all defendants pursuant to S.D. Ohio Civ. R. 7.3(a).  Plaintiff's counsel refused to consent to a stay of briefing on his Conditional Certification Motion, and would only consider providing defendants a short extension if defendants agreed to waive an affirmative defense.

For the reasons set forth above, and for the reasons detailed in the Domino's Defendants' Motion, which the Precision Pizza Defendants fully adopt and incorporate by reference herein, the Court should grant the Precision Pizza Defendants' Motion to Stay Briefing on Plaintiff's Conditional Certification Motion.  Alternatively, the Precision Pizza Defendants respectfully submit that the Court should grant the Precision Pizza Defendants through and including **May 25, 2018** to oppose Plaintiff's Class Certification Motion.

    Respectfully submitted,

/s/ *Michael J. Ball*
Michael J. Ball (0084150) (Trial Attorney)
Jocelyn M. Hoffman (0092365)
VORYS, SATER, SEYMOUR AND PEASE, LLP
52 East Gay St.
Columbus, Ohio 43215
Telephone: (614) 464-5625
Facsimile: (614) 719-5297
mjball@vorys.com
jmhoffman@vorys.com

*Counsel for Defendants Precision Pizza LLC and Lisa M. Burkett*

Dated:  May 2, 2018

Case: 2:18-cv-00157-ALM-EPD Doc #: 34 Filed: 05/02/18 Page: 3 of 4  PAGEID #: 572

**CERTIFICATE OF SERVICE**

This is to certify that on May 2, 2018, the foregoing Motion to Join the Domino's Defendants' Motion to Stay Briefing on Plaintiff's Conditional Certification Motion, or, in the Alternative, for an Extension of Time to Respond, was filed with the Clerk of the Court using the CM/ECF system, which shall electronically send notification of this filing to all participants and counsel of record.

/s/ *Michael J. Ball* _____
Michael J. Ball (0084150)

*Counsel for Defendants Precision Pizza LLC and Lisa M. Burkett*