IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RONALD CLARK,**

    **Plaintiff,**

    vs.

**PIZZA BAKER, INC.,** *et al.***,**

    **Defendants.**

Case No. 2:18-cv-157

Chief Judge Algenon L. Marbley

Chief Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter came before the Court on February 21, 2020 for a telephonic status conference. With the exception of Defendants Precision Pizza and Lisa M. Burkett,[1] counsel for all parties appeared and participated in the conference.

As discussed more fully during the conference, the parties have scheduled mediation for March 11, 2020. To facilitate the mediation, the **STAY** of discovery previously imposed by the Court (ECF No. 122) is **EXTENDED** to **MARCH 24, 2020**. The parties are **DIRECTED** to file a joint status report updating the Court on the status, but not the substance, of their settlement efforts on **MARCH 13, 2020**. If the parties are not able to resolve the case, the Court will lift the stay and establish a pretrial schedule. In that event, the parties should anticipate an aggressive schedule.

---

[1] Counsel for these Defendants contacted the Undersigned's chambers during the conference. He explained that he had technical difficulties and could not access the Court's conference line.

**IT IS SO ORDERED.**

**DATED:  February 21, 2020**       /s/ *Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS**
**CHIEF UNITED STATES MAGISTRATE JUDGE**